THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER E. PRICE, | CASE NO. C18-0789-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RELIANCE STANDARD INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on mediator's notice that the parties conducted alternative dispute resolution and the case has resolved (Dkt. No. 12). Within thirty (30) days of the issuance of this order, the parties shall file a stipulation and proposed order of dismissal. The Clerk is DIRECTED to close this case for statistical purposes only.

DATED this 12th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0789-JCC
PAGE - 1